JEREMIAH GALVIN, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants.

*Galvin* v. *N. Y. C. & H. R. R. R. Co.*, 167 App. Div. 934, appeal dismissed.

(Submitted June 14, 1915; decided June 18, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 27, 1915, affirming a judgment in favor of plaintiff, and against defendant railroad, entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Charles Morschauser* for motion.

*Robert Wilkinson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.